# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 12-CR-2021-LRR |
| vs. | **ORDER** |
| RUSSELL R. WASENDORF, SR., | |
| Defendant. | |

_____

The matter before the court is the government's "Motion for Alternative Victim Notification Procedures" ("Motion") (docket no. 20), which the government filed on September 14, 2012. On September 19, 2012, the government filed a Supplement (docket no. 32) to the Motion, which informed the court of Defendant Russell R. Wasendorf, Sr.'s position regarding the Motion.

For the reasons stated in the Motion, the Motion is **GRANTED**.[1] The court finds that the number of victims in this case requires alternative notification procedures, and it finds that the government's proposed procedures are reasonable. *See* 18 U.S.C. § 3771(d)(2). Thus, the government is permitted to inform potential victims of their statutory rights and any court proceedings by posting such information on the website of the United States Attorney's Office for the Northern District of Iowa ("USAO"),

---

[1] In the Supplement, the government notes that "Defendant has no objection to the alternative notification procedure proposed in the . . . [M]otion" but that Defendant "reserves the right to object to any alternative procedure which the government might later propose to satisfy the requirements of other subsections of 18 U.S.C. § 3771(a)." Supplement at 1. The government further notes that Defendant does object insofar as "the government's website allows a possible victim to contact or respond to the United States Attorney's [O]ffice directly from the website about this matter." *Id*. at 1. Because Defendant did not file a resistance, the court finds it unnecessary to address Defendant's concern regarding potential victims contacting the government through the website.

www.justice.gov/usao/ian/index.html, and on the USAO's "Victim Information" telephone line, (319) 297-3711.

**IT IS SO ORDERED.**

**DATED** this 5th day of October, 2012.

_____
LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA